UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Lewis Heggs, Jr.,

          Defendant.

Criminal No. 15-148 (PJS/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant's Motion to Suppress Statements, Admissions and Answers [Doc. No. 22] is **DENIED**;

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 24] is **DENIED**;

4. Defendant's Motion to Dismiss Indictment for Failure to State an Offense [Doc. No. 36] is **DENIED**;

5. Defendant's Motion to Suppress [Doc. No. 37] is **DENIED**; and

6.      Defendant's Motion to Disclose Grand Jury or an Alternative for an In-Camera Inspection or, Alternatively, Motion to Dismiss Indictment [Doc. No. 39] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  11/4/15                 s/Patrick J. Schiltz
                                           PATRICK J. SCHILTZ
                                           United States District Judge